1  Michael A. McGill SBN 231613
   mcgill@policeattorney.com
2  LACKIE, DAMMEIER & MCGILL APC
   367 North Second Avenue
3  Upland, CA 91786
   Telephone: (909) 985-4003
4  Facsimile: (909) 985-3299
5  Attorneys for Plaintiffs, for
   themselves, on behalf of all
6  others similarly situated.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL MCCLAIN, and on behalf of all others similarly situated, | Case No.: CV 09-3752 GAF (JWJx) |
| Plaintiffs, | **CONSENT TO JOIN ACTION** |
| vs. | |
| CITY OF LOS ANGELES, A Municipal Corporation, and DOES 1 THROUGH 100, | |
| Defendants. | |

TO THE ABOVE ENTITLED COURT AND TO EACH PARTY AND ALL COUNSEL OF RECORD:

I, __Ryan Robinson__, am at the time of the signing of this document, am over eighteen (18) years of age. It is my desire to, and I hereby give my consent, to become a party to the above Fair Labor Standards Act case filed by LACKIE, DAMMEIER & MCGILL APC. I agree to abide by the same terms and conditions of the Legal Services Agreement authorized by the primary Plaintiffs, MARSHALL MCCLAIN, ET AL., which I have reviewed, and agree to be bound by all decisions of the Court or settlement terms reached in connection with this action.

Case 2:09-cv-03752-GAF-JWJ   Document 300   Filed 10/27/09   Page 2 of 2   Page ID #:715

1  I declare under penalty of perjury under the laws of the State of California
2  that the foregoing is true and correct.

3
4  Date: 09-04-09                                  RYAN ROBINSON
                                                   (Print Name)
5
6                                                  (Signature)
7

**CONSENT TO JOIN FLSA ACTION**

4