Brian P. Walter, Bar No. 171429
bwalter@lcwlegal.com
Geoffrey S. Sheldon, Bar No. 185560
gsheldon@lcwlegal.com
James E. Oldendorph, Jr., Bar No. 230556
joldendorph@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045
Telephone: (310) 981-2000
Facsimile: (310) 337-0837

Carmen A. Trutanich, City Attorney
Patricia Almon Mor, Deputy City Attorney, Bar No. 181129
pmor@lawa.org
LOS ANGELES CITY ATTORNEY'S OFFICE
Airport Division
1 World Way
Post Office Box 92218
Los Angeles, CA 90009-2218
Telephone: (424) 646-5200
Facsimile: (310) 646-9617

Attorneys for Defendant
CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL McCLAIN, et al., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, A Municipal Corporation, and DOES 1 THROUGH 10, <br><br> Defendant. | Case No. CV09-3752 GAF(JWJx) <br><br> Assigned to the Hon. Judge Gary A. Feess <br> Courtroom 740 <br><br> **STIPULATION FOR DISMISSAL** |

\\\

\\\

\\\

500911.2 LO132-003               STIPULATION FOR DISMISSAL

Plaintiffs MARSHALL McCLAIN, et al., and Defendant CITY OF LOS ANGELES through their respective counsel of record hereby stipulate to dismiss this case in its entirety without prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1). The parties agree that all parties shall bear their own costs and fees in this matter.

Dated: June 22, 2011

LIEBERT CASSIDY WHITMORE

By: /s/ Brian P. Walter
Brian P. Walter
Geoffrey S. Sheldon
James E. Oldendorph, Jr.
Attorneys for Defendant
CITY OF LOS ANGELES

Dated: June 20, 2011

LACKIE, DAMMEIER & MCGILL APC

By: /s/
Michael A. McGill
Attorneys for All Plaintiffs