JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL McCLAIN, et al., <br><br>  Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, A Municipal Corporation, and DOES 1 THROUGH 10, <br><br>  Defendant. | Case No.  CV09-3752 GAF(JWJx) <br><br> Assigned to the Hon. Judge Gary A. Fees Courtroom 740 <br><br> **ORDER REGARDING DISMSSAL OF CASE** |

TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Based upon a review of the parties' stipulation and good cause appearing,

///

///

///

///

501608.2 LO132-003

ORDER REGARDING DISMSSAL OF CASE

**IT IS HEREBY ORDERED** that this case shall be dismissed in its entirety without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). All parties shall bear their own costs and fees in this matter.

**IT IS SO ORDERED**.

Dated:  June 23, 2011

_____
The Honorable Gary A. Fees
Judge of the United States District Court

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA  90045

501608.2 LO132-003

- 2 -

ORDER REGARDING DISMISSAL OF CASE